UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CHRISTOPHER CAMBRON, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) 1:13-cv-00036-JAW ) |
| MAINE STATE POLICE TROOP E, | ) ) |
| Defendant. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed May 23, 2013 (ECF No. 10), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiffs' Complaint (ECF No. 1) be and hereby is DISMISSED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 19th day of June, 2013